147 So. 420

## FLORENCE GIN CO. v. CITY OF FLORENCE et al.

### 8 Div. 422.

Supreme Court of Alabama.

March 23, 1933.

Rehearing Denied April 20, 1933.

Bradshaw & Barnett, of Florence, for appellant.

W. H. Mitchell, of Florence, for appellees.

BOULDIN, Justice.

This cause is affirmed on the authority of the decision this day rendered in the companion case of Florence Gin Company v. City of Florence. et al., ante, p. 478, 147 So. 417.

Affirmed.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.

147 So. 420

## FLORENCE GIN CO. v. CITY OF FLORENCE et al.

### 8 Div. 423.

Supreme Court of Alabama.

March 23, 1933.

Rehearing Denied April 20, 1933.

Bradshaw & Barnett, of Florence, for appellant.

W. H. Mitchell, of Florence, for appellees.

BOULDIN, Justice.

This cause is affirmed on the authority of the decision this day rendered in the companion case of Florence Gin Company v. City of Florence et al., ante, p. 478, 147 So. 417.

Affirmed.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.

147 So. 420

## FLORENCE GIN CO. v. CITY OF FLORENCE et al.

### 8 Div. 424.

Supreme Court of Alabama.

March 23, 1933.

Rehearing Denied April 20, 1933.

Bradshaw & Barnett, of Florence, for appellant.

W. H. Mitchell, of Florence, for appellees.

BOULDIN, Justice.

This cause is affirmed on the authority of the decision this day rendered in the companion case of Florence Gin Company v. City of Florence et al., ante, p. 478, 147 So. 417.

Affirmed.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.

147 So. 421

## FLORENCE GIN CO. v. CITY OF FLORENCE et al.

### 8 Div. 425.

Supreme Court of Alabama.

March 23, 1933.

Rehearing Denied April 20, 1933.

Bradshaw & Barnett, of Florence, for appellant.

W. H. Mitchell, of Florence, for appellees.

BOULDIN, Justice.

This cause is affirmed on the authority of the decision this day rendered in the companion case of Florence Gin Company v. City of Florence et al., ante, p. 478, 147 So. 417.

Affirmed.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.